1   LATHAM & WATKINS LLP
        Robert W. Perrin (Bar No. 194485)
2       *robert.perrin@lw.com*
        Michael J. Reiss (Bar No. 275021)
3       *michael.reiss@lw.com*
    355 South Grand Avenue, Suite 100
4   Los Angeles, California  90071-1560
    Telephone: (213) 485-1234
5   Facsimile:  (213) 891-8763

6   LATHAM & WATKINS LLP
        James E. Brandt (*pro hac vice* forthcoming)
7       *james.brandt@lw.com*
    885 Third Avenue
8   New York, New York 10022-4834
    Telephone: (212) 906-1200
9   Facsimile:  (212) 751-4864

10  *Attorneys for Nominal Defendant PG&E Corporation*

11  [Additional Counsel appear on signature page.]

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                    **SAN FRANCISCO DIVISION**
15

16

17  DAVID C. WESTON, on behalf of himself          Case No. 3:18-cv-03509-RS
    and all others similarly situated,
18                                                 **STIPULATION AND [**~~PROPOSED~~**] ORDER**
            Plaintiff,                             **TO RELATE CASES**
19
                                                   Hon. Richard Seeborg
20  v.

21  PG&E CORPORATION, ANTHONY F.
    EARLEY, JR., JASON P. WELLS, GEISHA
22  J. WILLIAMS, CHRISTOPHER P. JOHNS,
    DINYAR B. MISTRY, and DAVID S.
23  THOMASON,

24          Defendants.
    ,
25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

                                STIPULATION AND [PROPOSED]
                                ORDER TO RELATE CASES
                                CASE NO. 3:18-CV-03509-RS

1    WHEREAS, on June 12, 2018, plaintiff David C. Weston filed a securities class action

2 complaint against PG&E Corporation ("PG&E") and its current and former officers, asserting

3 violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 related to alleged

4 misrepresentations in connection with wildfires that started on or about October 8, 2017 in

5 Northern California (the "North Bay Wildfires"), styled *Weston v. PG&E Corporation, et al.*,

6 No. 3:18-cv-03509-RS (the "*Weston* Action");

7    WHEREAS, on June 14, 2018, plaintiff Jon Paul Moretti filed a securities class action

8 complaint in this District against the same defendants as in the *Weston* Action predicated on

9 nearly identical allegations, and asserting identical claims, styled *Moretti v. PG&E Corporation*

10 *et al.*, No. 3:18-cv-03545-VC (the "*Moretti* Action," and together with the *Weston* Action, the

11 "Securities Class Actions");

12    WHEREAS, on August 14, 2018, the Honorable Richard Seeborg ordered the Securities

13 Class Actions related, and directed the Clerk of the Court to reassign the *Morreti* Action to Judge

14 Seeborg;

15    WHEREAS, on August 3, 2018, plaintiff Oklahoma Firefighters Pension and Retirement

16 System filed a derivative action in this District against Nominal Defendant PG&E and certain of

17 its current and former officers and directors, predicated on allegations concerning PG&E's

18 conduct related to the North Bay Wildfires, styled *Oklahoma Firefighters Pension and*

19 *Retirement System v. Lewis Chew, et al.*, No. 3:18-cv-04698 (the "Derivative Action");

20    WHEREAS, on August 20, 2018, the Derivative Action was assigned to the Honorable

21 Phyllis J. Hamilton;

22    WHEREAS, the undersigned parties agree that the Derivative Action and the Securities

23 Class Actions are related pursuant to Civil Local Rule 3-12(a), because "(1) [t]he actions concern

24 substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there

25 will be an unduly burdensome duplication of labor and expense or conflicting results if the cases

26 are conducted before different Judges"; and

27

28

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
CASE NO. 3:18-CV-03509-RS

WHEREAS, nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that any undersigned party may have with respect to the Securities Class Actions or the Derivative Action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Civil Local Rules 3-12 and 7-12, and subject to the approval of the Court, that the Derivative Action and the Securities Class Actions are related, and that the Derivative Action shall be reassigned to the Honorable Richard Seeborg.

Dated: August 22, 2018

LATHAM & WATKINS LLP
ROBERT W. PERRIN (Bar No. 194485)
MICHAEL J. REISS (Bar No. 275021)

By /s/ Robert W. Perrin
ROBERT W. PERRIN
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
robert.perrin@lw.com
michael.reiss@lw.com

LATHAM & WATKINS LLP
JAMES E. BRANDT (*pro hac vice*
forthcoming)
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
james.brandt@lw.com

*Attorneys for Nominal Defendant PG&E
Corporation*

Dated: August 22, 2018

MCDERMOTT WILL & EMERY LLP
CHARLES E. WEIR (Bar No. 211091)

By /s/ Charles E. Weir
CHARLES E. WEIR
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
CASE NO. 3:18-CV-03509-RS

cweir@mwe.com

MCDERMOTT WILL & EMERY LLP
STEVEN S. SCHOLES (*pro hac vice* forthcoming)
444 West Lake Street
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
sscholes@mwe.com

*Attorneys for Defendants Geisha J. Williams, Jason P. Wells, Anthony F. Earley, Jr., Patrick M. Hogan, Christopher P. Johns, Dinyar B. Mistry, and David S. Thomason*

Dated: August 22, 2018

SIMPSON THACHER & BARTLETT LLP
James G. Kreissman (Bar No. 206740)
Elizabeth H. White (Bar No. 291439)

By /s/ James G. Kreissman
JAMES G. KREISSMAN
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5080
Facsimile: (650) 251-5002
jkreissman@stblaw.com
elizabeth.white@stblaw.com

SIMPSON THACHER & BARTLETT LLP
PAUL C. CURNIN (*pro hac vice* forthcoming)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
pcurnin@stblaw.com

*Attorneys for Defendants Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Eric D. Mullins, Forrest E. Miller, Rosendo G. Parra, Barbara L. Rambo, and Anne Shen Smith*

Dated: August 22, 2018

BERMAN TABACCO
Nicole Lavallee (Bar No. 165755)
Daniel E. Barenbaum (Bar No. 209261)

By /s/ Daniel E. Barenbaum

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DANIEL E. BARENBAUM
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
nlavallee@bermantabacco.com
dbarenbaum@bermantabacco.com

BERMAN TABACCO
Leslie R. Stern (*pro hac vice* forthcoming)
Nathaniel L. Orenstein (*pro hac vice* forthcoming)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
lstern@bermantabacco.com
norenstein@bermantabacco.com

*Attorneys for Plaintiff Oklahoma Firefighters Pension and Retirement System*

4

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

# [PROPOSED] ORDER

Based on the foregoing stipulation and good cause having been shown, the Court hereby GRANTS the parties' stipulation.

IT IS HEREBY ORDERED THAT *Oklahoma Firefighters Pension and Retirement System v. Chew, et al.*, No. 3:18-cv-04698 (the "Derivative Action"), is related to *Weston v. PG&E Corporation, et al.*, No. 3:18-cv-03509 and *Moretti v. PG&E Corporation et al.*, No. 3:18-cv-03545. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the Derivative Action to the undersigned.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8/29/18
_____
Date

Hon. Richard Seeborg
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES