LATHAM & WATKINS LLP
  Robert W. Perrin (Bar No. 194485)
  *robert.perrin@lw.com*
  Michael J. Reiss (Bar No. 275021)
  *michael.reiss@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
  James E. Brandt (*pro hac vice*)
  *james.brandt@lw.com*
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Defendant PG&E Corporation*

[Additional Counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PG&E CORPORATION SECURITIES LITIGATION | Case No. 3:18-cv-03509-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Hon. Richard Seeborg |

**WHEREAS**, on June 15, 2018, the Court set a Case Management Conference (CMC) for September 20, 2018;

**WHEREAS**, on August 28, 2018, the CMC was continued to September 27, 2018;

**WHEREAS**, on September 10, 2018, the Court appointed Public Employees Retirement Association of New Mexico ("PERA") as lead plaintiff, and vacated the hearing set for September 27, 2018;

**WHEREAS**, on September 14, 2018, the CMC was continued to January 10, 2019;

**WHEREAS**, on December 14, 2018, PERA filed a Second Amended Consolidated Class Action Complaint ("SAC");

**WHEREAS**, the SAC asserts claims under the federal securities laws that are subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including those set forth in 15 U.S.C. § 78u-4;

**WHEREAS**, Defendants intend to file a motion to dismiss, which triggers a stay of discovery under the PSLRA;

**WHEREAS**, Defendants' deadline to respond to the SAC is February 15, 2019;

**WHEREAS**, the parties have conferred and agreed that it is in the interests of the parties and judicial efficiency to continue the CMC and vacate all related deadlines; and

**WHEREAS**, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties to this action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that the January 10, 2019 CMC and related deadlines shall be vacated.

| | | |
|---|---|---|
| Dated: December 20, 2018 | | LATHAM & WATKINS LLP<br>    ROBERT W. PERRIN (194485)<br>    MICHAEL J. REISS (275021)<br><br>By /s/ Robert W. Perrin<br>    ROBERT W. PERRIN<br><br>    355 South Grand Avenue, Suite 100<br>    Los Angeles, CA 90071<br>    Telephone: (213) 485-1234<br>    Facsimile: (213) 891-8763<br>    robert.perrin@lw.com<br>    michael.reiss@lw.com<br><br>LATHAM & WATKINS LLP<br>    JAMES E. BRANDT (*pro hac vice*)<br>    885 Third Avenue<br>    New York, NY 10022<br>    Telephone: (212) 906-1200<br>    Facsimile: (212) 751-4864<br>    james.brandt@lw.com<br><br>*Attorneys for Defendant PG&E Corporation* |
| Dated: December 20, 2018 | | McDERMOTT WILL & EMERY LLP<br>    CHARLES E. WEIR (211091)<br>    GREGORY R. JONES (229858)<br>    JASON D. STRABO (246426)<br><br>By /s/ Charles E. Weir<br>    CHARLES E. WEIR<br><br>    2049 Century Park East, 38th Floor<br>    Los Angeles, CA 90067<br>    Telephone: (310) 277-4110<br>    Facsimile: (310) 277-4730<br>    cweir@mwe.com<br><br>McDERMOTT WILL & EMERY LLP<br>    STEVEN S. SCHOLES (*pro hac vice*)<br>    444 West Lake Street<br>    Chicago, IL 60606<br>    Telephone: (312) 372-2000<br>    Facsimile: (312) 984-7700<br>    sscholes@mwe.com<br><br>*Attorneys for the Individual Defendants* |

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER TO
VACATE CMC AND RELATED DEADLINES
CASE NO. 3:18-CV-03509-RS

| | | |
|---|---|---|
| 1 | Dated: December 20, 2018 | KERR & WAGSTAFFE LLP<br>JAMES M. WAGSTAFFE (95535)<br>FRANK BUSCH (258288) |
| 2 | | |
| 3 | | By /s/ Frank Busch |
| 4 | | FRANK BUSCH |
| 5 | | 101 Mission Street, 18th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 371-8500<br>Facsimile: (415) 371-0500<br>wagstaffe@kerrwagstaffe.com<br>busch@kerrwagstaffe.com |
| 6 | | |
| 7 | | |
| 8 | | *Liaison Counsel for the Class* |
| 9 | Dated: December 20, 2018 | LABATON SUCHAROW LLP<br>THOMAS A. DUBBS (*pro hac vice*)<br>LOUIS GOTTLIEB (*pro hac vice*)<br>JEFFREY A. DUBBIN (287199)<br>CAROL C. VILLEGAS (*pro hac vice*)<br>JAMES L. OSTASZEWSI (*pro hac vice*) |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | By /s/ Thomas A. Dubbs |
| 14 | | THOMAS A. DUBBS |
| 15 | | 140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>tdubbs@labaton.com<br>lgottlieb@labaton.com<br>fmcconville@labaton.com<br>wtsang@labaton.com |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | *Counsel for Lead Plaintiff the Public Employees Retirement Association of New Mexico* |
| 21 | | |

3

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER TO
VACATE CMC AND RELATED DEADLINES
CASE NO. 3:18-CV-03509-RS

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12/21/18
Date

_/s/ Richard Seeborg_
Hon. Richard Seeborg
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER TO
VACATE CMC AND RELATED DEADLINES
CASE NO. 3:18-CV-03509-RS

# ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Robert W. Perrin, attest that concurrence in the filing of this document has been obtained.

Dated: December 20, 2018                LATHAM & WATKINS LLP


                                        By /s/ Robert W. Perrin
                                           ROBERT W. PERRIN

                                           *Attorney for Defendant PG&E Corporation*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES