UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKBURN, | Case No. 19-cv-00501-JST |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| RICHARD A. MESERVE, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *In Re PG&E Corporation Securities Litigation*, Case No. 18-cv-03509-RS.

**IT IS SO ORDERED.**

Dated: March 8, 2019

_____
JON S. TIGAR
United States District Judge