Stephen P. Blake (SBN 260069)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: sblake@stblaw.com

Paul C. Curnin (admitted *pro hac vice*)
Nicholas S. Goldin (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: pcurnin@stblaw.com
       ngoldin@stblaw.com

*Attorneys for Director Defendants*

**DENIED**
Judge Edward J. Davila
3/23/2022

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|   |   |
|---|---|
| IN RE PG&E CORPORATION SECURITIES LITIGATION | Case No. 5:18-cv-03509-EJD<br><br>**[PROPOSED] ORDER TO ACCEPT SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Edward J. Davila |

1  WHEREAS, Defendants seek to submit Amended Order re: Motion to Dismiss, *Barnes v. Edison Int'l*, No. 18-cv-09690, Dkt. No. 177 (C.D. Cal. Apr. 27, 2021) as supplemental authority in support of their Motions to Dismiss the Third Amended Consolidated Class Action Complaint (Dkt. Nos. 148, 155), which the Court has taken under submission;

For good cause shown, IT IS HEREBY ORDERED THAT the above-referenced decision is submitted as supplemental authority in support of Defendants' Motions to Dismiss the Third Amended Consolidated Class Action Complaint (Dkt. Nos. 148, 155).

Dated: 3/23/2022



EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

DENIED