1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE PG&E CORPORATION
SECURITIES LITIGATION

Case No.   5:18-CV-03509 EJD

**ORDER STRIKING MOTION TO INTERVENE**

ECF No. 224

Before this Court is a motion to intervene filed on behalf of nearly 700 movants by attorney Michael St. James.  ECF No. 224.  Pursuant to Civil Local Rule 11-1(a), an attorney must be a member of the bar of this Court in order to practice in this Court.  Michael St. James is not a member of the bar of this Court.  The Court therefore STRIKES the Motion to Intervene (ECF No. 224) without prejudice to refiling by a member of the bar of this Court.

**IT IS SO ORDERED.**

Dated:  February 15, 2023

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-03509 EJD
Order Striking Motion to Intervene