STEPHEN P. BLAKE (SBN 260069)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: sblake@stblaw.com

JONATHAN K. YOUNGWOOD (admitted *pro hac vice*)
NICHOLAS S. GOLDIN (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: jyoungwood@stblaw.com
    ngoldin@stblaw.com

*Attorneys for Director Defendants*
*(additional counsel for other Defendants listed on signatures page)*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PG&E CORPORATION SECURITIES LITIGATION | Case No. 5:18-cv-03509-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTION TO INTERVENE**<br><br>Judge: Hon. Edward J. Davila |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, on February 15, 2023, certain members of the putative class in the above-captioned action (the "Movants") filed a Motion to Intervene in this action (the "Motion") [Dkt. No. 229];

**WHEREAS**, any response to the Motion is currently due on March 1, 2023, any reply in support of the Motion is currently due on March 8, 2023, and the hearing on the Motion is currently set for June 29, 2023;

**WHEREAS**, on February 6, 2023, Movants filed a Motion to Enforce the Order Approving Securities ADR and Related Procedures For Resolving Subordinated Securities Claims in the bankruptcy action captioned *In re PG&E Corporation, et al.*, No. 19-30088 (the "Bankruptcy Motion");

**WHEREAS**, the parties have agreed to a brief extension of the opposition and reply deadlines on the Motion until after the March 7, 2023 hearing on the Bankruptcy Motion;

**WHEREAS**, no previous time modifications have been entered with regard to the Motion, and this extension will not affect any other deadlines this action, which is currently stayed.

**NOW, THEREFORE**, the parties hereby stipulate and agree as follows:

(1)  Any response(s) to the Motion shall be filed by March 14, 2023;

(2)  Any reply in support of the Motion shall be filed by March 28, 2023.

//
//
//
//
//
//
//
//
//

| | |
|---|---|
| Date: February 27, 2023 | Respectfully submitted, |
| ROLNICK KRAMER SADIGHI LLP | LABATON SUCHAROW LLP |
| By: */s/ Lawrence M. Rolnick* | By: */s/ Thomas A. Dubbs* |
| Lawrence M. Rolnick (pro hac vice) | Thomas A. Dubbs (pro hac vice) |
| Marc B. Kramer (pro hac vice) | Carol C. Villegas (pro hac vice) |
| Michael J. Hampson (pro hac vice) | Michael P. Canty (pro hac vice) |
| Jeffrey A. Ritholtz (pro hac vice) | Charles J. Stiene (pro hac vice) |
| Frank T.M. Catalina (pro hac vice) | 140 Broadway |
| 1251 Avenue of the Americas | New York, NY 10005 |
| New York, NY 10020 | 212-907-0700 |
| Telephone: (212) 597-2800 | tdubbs@labaton.com cvillegas@labaton.com |
| Facsimile: (212) 597-2801 | mcanty@labaton.com |
| lrolnick@rksllp.com | cstiene@labaton.com |
| mkramer@rksllp.com | |
| mhampson@rksllp.com | *Lead Counsel for Lead Plaintiff-Appellant* |
| jritholtz@rksllp.com | *PERA and the Class* |
| fcatalina@rksllp.com | |

THE LONG LAW FIRM, PLLC

James A. Long, CSB No. 326404  
8605 Santa Monica Blvd.  
PMB 48629  
West Hollywood, California 90069-4109  
(315) 991-8000 Telephone  
jlong@long.law

*Attorneys for the Movants*

SIMPSON THACHER & BARTLETT LLP

 */s/ Stephen P. Blake*
Stephen P. Blake (SBN 260069)  
2475 Hanover Street  
Palo Alto, CA 94304  
Telephone: (650) 251-5000  
Facsimile: (650) 251-5002  
Email: sblake@stblaw.com

Jonathan K. Youngwood (admitted *pro hac vice*)  
Nicholas S. Goldin (admitted *pro hac vice*)  
425 Lexington Avenue  
New York, NY 10017  
Telephone: (212) 455-2000  
Facsimile: (212) 455-2502  
Email: jyoungwood@stblaw.com  
        ngoldin@stblaw.com

DAVIS POLK & WARDWELL LLP

*/s/ Neal A. Potischman*
Neal A. Potischman (SBN 254862)  
1600 El Camino Real  
Menlo Park, California 94025  
Telephone: (650) 752-2000  
Facsimile: (650) 752-2111  
Email:   neal.potischman@davispolk.com

Charles S. Duggan (admitted *pro hac vice*)  
Dana M. Seshens (admitted *pro hac vice*)  
Craig T. Cagney (admitted *pro hac vice*)

*Attorneys for Defendant Directors Barbara L. Rambo, Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Forrest E. Miller, Maryellen C. Herringer, Barry Lawson Williams, Rosendo*

| | | |
|---|---|---|
| 1 | 450 Lexington Avenue<br>New York, New York 10017 | G. Parra, Anne Shen Smith and Eric D. Mullins. |
| 2 | Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800 | |
| 3 | Email:   charles.duggan@davispolk.com<br>          dana.seshens@davispolk.com | |
| 4 |           craig.cagney@davispolk.com | |
| 5 | *Attorneys for Defendant Underwriters Barclays Capital Inc., BNP Paribas Securities Corp.,* | |
| 6 | *Morgan Stanley & Co. LLC, MUFG Securities Americas, Inc., The Williams Capital Group,* | |
| 7 | *L.P., Citigroup Global Markets Inc., J.P Morgan Securities LLC, Merrill Lynch, Pierce,* | |
| 8 | *Fenner & Smith Incorporated (n/k/a BofA Securities, Inc.), Mizuho Securities USA LLC,* | |
| 9 | *Goldman, Sachs & Co., LLC, RBC Capital Markets, LLC, Wells Fargo Securities, LLC,* | McDERMOTT WILL & EMERY LLP |
| 10 | *BNY Mellon Capital Markets, LLC, TD Securities (USA) LLC, C.L. King & Associates,* |   /s/ Steven S. Scholes |
| 11 | *Inc., Great Pacific Securities, CIBC World Markets Corp., SMBC Nikko Securities America,* | Steven S. Scholes (admitted *pro hac vice*) |
| 12 | *Inc., U.S. Bancorp Investments, Inc., Mischler Financial Group, Inc., Blaylock Van, LLC,* | 444 West Lake Street<br>Chicago, IL 60606 |
| 13 | *Samuel A. Ramirez & Company, Inc., and MFR Securities, Inc. (but not Lebenthal & Co. LLC,* | Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700 |
| 14 | *which has not appeared in this action)* | Email: sscholes@mwe.com |
| 15 | | Jason D. Strabo (SBN 246426)<br>2049 Century Park East, Suite 3200 |
| 16 | | Los Angeles, CA 90067<br>Telephone: (310) 277-4110 |
| 17 | | Facsimile: (310) 277-4730<br>Email: PG&E@mwe.com |
| 18 | | *Attorneys for Officer Defendants Anthony F.* |
| 19 | | *Earley, Jr., Geisha J. Williams, Nickolas Stavropolous, Julie M. Kane, Christopher P.* |
| 20 | | *Johns, Patrick M. Hogan, David Thomason, and Dinyar Mistry* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2023

_____
Edward J. Davila
United States District Judge