UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



In re: PG&E CORPORATION SECURITIES LITIGATION,

------------------------------

PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO, The Class; et al.,

    Plaintiffs - Appellants,

 v.

ANTHONY F. EARLEY, Jr.; et al.,

    Defendants - Appellees,

 and

PG&E CORPORATION,

    Defendant.

No. 22-16711

D.C. No. 5:18-cv-03509-EJD
U.S. District Court for Northern California, San Jose

**MANDATE**

The judgment of this Court, entered May 03, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

At the direction of the Court, costs are hereby awarded to Plaintiffs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT