McDERMOTT WILL & EMERY LLP
STEVEN S. SCHOLES (admitted *pro hac vice*)
PAUL M.G. HELMS (admitted *pro hac vice*)
444 West Lake Street
Chicago, IL  60606-0029
Telephone:     +1 312 372 2000
Facsimile:     +1 312 984 7700
Email:          PG&E@mwe.com

JASON D. STRABO (State Bar No. 246426)
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3218
Telephone:     +1 310 277 4110
Facsimile:     +1 310 277 4730

CAITLYN M. CAMPBELL (admitted *pro hac vice*)
200 Clarendon Street, Floor 58
Boston, MA  02116-5021
Telephone:     +1 617 535 3930
Facsimile:     +1 310 277 4730

Attorneys for Officer Defendants
ANTHONY F. EARLEY, JR., GEISHA J. WILLIAMS,
NICKOLAS STAVROPOULOS, JULIE M. KANE,
CHRISTOPHER P. JOHNS, PATRICK M. HOGAN,
DAVID THOMASON, and DINYAR MISTRY

*(Additional Counsel Listed on Signature Page)*

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PG&E CORPORATION SECURITIES LITIGATION | CASE NO. 5:18-cv-03509-EJD<br><br>**OFFICER, DIRECTOR, AND UNDERWRITER DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT SUPPLEMENTAL AUTHORITY**<br><br>Judge:     Hon. Edward J. Davila |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

The Officer Defendants[1] and Director and Underwriter Defendants[2] respectfully request that this Court deny Plaintiff's Motion for Administrative Relief to Submit Supplemental Authority, filed on June 23, 2025. (Dkt. 310.) Plaintiff has asked the Court to take notice of the Ninth Circuit's recent decision in *Pino v. Cardone Capital, LLC*, No. 23-3512, 2025 WL 1642422 (9th Cir. June 10, 2025). However, this decision addressing non-fraud claims under Section 12(a)(2) of the Securities Act of 1933 is irrelevant to Plaintiff's fraud claims asserted against the Officer Defendants under the Securities Exchange Act of 1934 ("Exchange Act") and irrelevant to Plaintiffs' Section 11 claims asserted against the Director and Underwriter Defendants under the Securities Act of 1933 ("Securities Act").

Without further explanation, Plaintiff points this Court to the following quote from the Ninth Circuit in *Pino*: "By its nature, a misleading omission suggests that a contrary fact could exist and may have been disclosed elsewhere, but not as part of the statement in question. Indeed, 'that truthful information is available elsewhere does not relieve a defendant from liability for

---

[1] The Officer Defendants are Christopher Johns, Julie Kane, Patrick Hogan, Anthony Earley, Geisha Williams, Nickolas Stavropoulos, David Thomason, and Dinyar Mistry.

[2] The Director Defendants are Barbara L. Rambo, Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Forrest E. Miller, Maryellen C. Herringer, Barry Lawson Williams, Rosendo G. Parra, Anne Shen Smith and Eric D. Mullins. The Underwriter Defendants are Barclays Capital Inc., BNP Paribas Securities Corp., Morgan Stanley & Co. LLC, MUFG Securities Americas, Inc., The Williams Capital Group, L.P. (n/k/a Siebert Williams Shank & Co., LLC), Citigroup Global Markets Inc., J.P Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated (n/k/a BofA Securities, Inc.), Mizuho Securities USA LLC, Goldman, Sachs & Co., LLC, RBC Capital Markets, LLC, Wells Fargo Securities, LLC, BNY Mellon Capital Markets, LLC, TD Securities (USA) LLC, C.L. King & Associates, Inc., Great Pacific Securities, CIBC World Markets Corp., SMBC Nikko Securities America, Inc., U.S. Bancorp Investments, Inc., Mischler Financial Group, Inc., Blaylock Van, LLC, Samuel A. Ramirez & Company, Inc., and MFR Securities, Inc. (but not Lebenthal & Co. LLC, which has not appeared here).

OFFICER, DIRECTOR, AND UNDERWRITER DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR ADMINISTRATIVE RELIEF TO SUBMIT SUPPLEMENTAL AUTHORITY
(NO. 5:18-CV-03509-EJD)

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

misrepresentations in a given filing or statement.'" *See id.* at \*5 (*quoting Miller v. Thane Int'l, Inc.*, 519 F.3d 879, 887 n.2 (9th Cir. 2008)). This holding has no bearing on Plaintiff's Section 10(b) claims under the Exchange Act, which rely on the fraud-on-the-market doctrine to establish reliance. Indeed, the full quote from *Miller* makes this clear:

> In the context of a "fraud on the market" Rule 10b–5 class action, where reliance is presumed based on the price of a stock, availability to the public of truthful information **may be relevant** to the extent the stock's price has not actually been skewed by any misrepresentations. However, in an action **that does not involve the fraud on the market presumption**, that truthful information is available elsewhere does not relieve a defendant from liability for misrepresentations in a given filing or statement.

519 F.3d at 887 n.2 (citing *In re Apple Computer Sec. Litig.*, 886 F.2d 1109, 1114–15 (9th Cir.1989) (emphasis added). In the third amended consolidated class action complaint ("TAC"), Plaintiff specifically alleges that "[f]or the Exchange Act claims, Lead Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine." TAC ¶¶ 459-462. Accordingly, contrary information disclosed elsewhere is relevant and should be considered in assessing Plaintiff's claims under the Exchange Act.

Plaintiff's Motion is irrelevant to the claims asserted against the Director and Underwriter Defendants, which were made under Section 11 of the Securities Act. Plaintiff's Motion fails to mention that *Pino* exclusively addressed claims under Section 12(a)(2) of the Securities Act, which are not asserted in this case. (*See* TAC ¶¶ 693-706.) *Pino* addressed in the negative the narrow question of whether a purchaser's "constructive knowledge" of omitted information could bar that purchaser's recovery from a statutory seller under Section 12. *Pino*, 2025 WL 1642422, at \*14. No such issue is presented in this case.

In any event, Plaintiff's Motion is effectively a re-hash of the same argument in its opposition brief that the Director and Underwriter Defendants are relying upon a "truth on the market" defense, which the Director and Underwriter Defendants have never even asserted. *See* Dkt. 303 (Reply) at 8-9 (citing *Barnes v. Edison Int'l*, 2021 WL 2325060, at \*10 (C.D. Cal. Apr. 27, 2021), *aff'd*, 2022 WL 822191 (9th Cir. Mar. 18, 2022), for its holding that general statements

McDermott Will & Emery llp
Attorneys At Law
Los Angeles

1   related to safety failures are not misleading where "the market was aware of [Edison's] safety

2   failures . . . *as each of CPUC's admonitions of the Edison Defendants . . . was publicly available*")

3   (emphasis added).   Indeed, the Director and Underwriter Defendants' reply brief expressly

4   distinguished *Miller*, *supra*, when Plaintiff made the exact same irrelevant argument they now

5   refashion as a motion to submit supplemental authority.  *Compare* Dkt. 293 (Opposition) at 10

6   *with* Dkt. 303 (Reply) at 9.  Plaintiff's citation to a case addressing a different claim, quoting a

7   prior case that both parties have already addressed in the original briefing, is improper.

8       Dated: June 24, 2025                         McDERMOTT WILL & EMERY LLP

9
                                                     By: */s/ Jason D. Strabo*
10                                                        JASON D. STRABO
                                                         Attorneys for Officer Defendants
11                                                       ANTHONY F. EARLEY, JR., GEISHA J.
                                                         WILLIAMS, NICKOLAS
12                                                       STAVROPOULOS, JULIE M. KANE,
                                                         CHRISTOPHER P. JOHNS, PATRICK M.
13                                                       HOGAN, DAVID THOMASON, and
                                                         DINYAR MISTRY
14

15

16                                                   SIMPSON THACHER & BARTLETT LLP

17
                                                     */s/ Stephen P. Blake*
18                                                   Stephen P. Blake (SBN 260069)
                                                     2475 Hanover Street
19                                                   Palo Alto, CA 94304
                                                     Telephone: (650) 251-5000
20                                                   Facsimile: (650) 251-5002
                                                     Email:  sblake@stblaw.com
21
                                                     Jonathan K. Youngwood (SBN 350373)
22                                                   Nicholas S. Goldin (*pro hac vice*)
                                                     425 Lexington Avenue
23                                                   New York, NY 10017
                                                     Telephone: (212) 455-2000
24                                                   Facsimile: (212) 455-2502
                                                     Email: jyoungwood@stblaw.com
25                                                          ngoldin@stblaw.com

26                                                   *Attorneys for Director Defendants Barbara L.*
27                                                   *Rambo, Lewis Chew, Fred J. Fowler, Richard C.*
                                                     *Kelly, Roger H. Kimmel, Richard A. Meserve,*
28                                                                       3

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

*Forrest E. Miller, Maryellen C. Herringer, Barry Lawson Williams, Rosendo G. Parra, Anne Shen Smith and Eric D. Mullins*

DAVIS POLK & WARDWELL LLP

*/s/ Neal A. Potischman*
Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email:  neal.potischman@davispolk.com

Charles S. Duggan (admitted *pro hac vice*)
Dana M. Seshens (admitted *pro hac vice*)
Craig T. Cagney (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: charles.duggan@davispolk.com
        dana.seshens@davispolk.com
        craig.cagney@davispolk.com

*Attorneys for Underwriter Defendants Barclays Capital Inc., BNP Paribas Securities Corp., Morgan Stanley & Co. LLC, MUFG Securities Americas, Inc., The Williams Capital Group, L.P., Citigroup Global Markets Inc., J.P Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated (n/k/a BofA Securities, Inc.), Mizuho Securities USA LLC, Goldman, Sachs & Co., LLC, RBC Capital Markets, LLC, Wells Fargo Securities, LLC, BNY Mellon Capital Markets, LLC, TD Securities (USA) LLC, C.L. King & Associates, Inc., Great Pacific Securities, CIBC World Markets Corp., SMBC Nikko Securities America, Inc., U.S. Bancorp Investments, Inc., Mischler Financial Group, Inc., Blaylock Van, LLC, Samuel A. Ramirez & Company, Inc., and MFR Securities, Inc. (but not Lebenthal & Co. LLC, which has not appeared in this action)*

4