McDERMOTT WILL & SCHULTE LLP
STEVEN S. SCHOLES (admitted *pro hac vice*)
PAUL M.G. HELMS (admitted *pro hac vice*)
444 West Lake Street
Chicago, IL 60606-0029
Telephone: +1 312 372 2000
Facsimile: +1 312 984 7700
Email: PG&E@mwe.com

JASON D. STRABO (State Bar No. 246426)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3218
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

CAITLYN M. CAMPBELL (admitted *pro hac vice*)
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
Telephone: +1 617 535 3930
Facsimile: +1 310 277 4730

Attorneys for Officer Defendants
CHRISTOPHER JOHNS, JULIE KANE,
PATRICK HOGAN, ANTHONY EARLEY,
GEISHA WILLIAMS, NICKOLAS
STAVROPOULOS, DAVID THOMASON, and
DINYAR MISTRY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE PG&E CORPORATION SECURITIES LITIGATION | CASE NO. 5:18-cv-03509-EJD<br><br>**NOTICE OF NAME CHANGE** |

PLEASE TAKE NOTICE that effective August 1, 2025, McDermott Will & Emery LLP changed its name to the following:

**McDermott Will & Schulte LLP**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned and other McDermott Will & Schulte LLP attorneys remains unchanged.

Dated: August 18, 2025                **MCDERMOTT WILL & SCHULTE LLP**

By:   */s/ Steven S. Scholes*

*Counsel for Officer Defendants Christopher Jones, Julie Kane, Patrick Hogan, Anthony Earley, Geisha Williams, Nickolas Stavropoulos, David Thomason, and Dinyar Mistry.*

DM_US 213808077-1.088584.0015